ORDERED.

Dated: September 30, 2009

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-09197/0202780839

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Fernando Garcia and Barbara J. Garcia, Fernando Garcia and Barbara J. Garcia<br>    Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>    Movant,<br>  vs.<br><br>Fernando Garcia and Barbara J. Garcia, Fernando Garcia and Barbara J. Garcia, Debtors, Dianne C. Kerns, Trustee.<br><br>    Respondents. | No. 4:09-BK-05655-EWH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #38) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

> Lot Two Hundred Seventy One (271), LAS PRADERAS, according to the plat of record in the office of the County Recorder of Pinal County, Arizona, recorded in Cabinet D, Slide 46.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT